## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| AJAY KAJARIA, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HOWARD S. COHEN, RICHARD S. GRANT, GEORGE R. JUDD, CHARLES H. McELREA, RICHARD B. MARCHESE, STEVEN F. MAYER, ALAN H. SCHUMACHER, MARK A. SUWYN, ROBERT G. WARDEN, M. RICHARD WARNER, BLUELINX HOLDINGS INC., CERBERUS ABP INVESTOR LLC and CERBERUS CAPITAL MANAGEMENT, L.P.,<br><br>Defendants. | Case No. 1:10-cv-03141-JOF<br><br><br><br><br><br><br>**JURY TRIAL DEMANDED** |

## [PROPOSED] ORDER GRANTING
## MOTION TO EXPEDITE PROCEEDINGS

WHEREAS, before the Court is plaintiff's Motion to Expedite Proceedings (the "Motion"). For good cause shown, it is hereby ORDERED that the Motion is GRANTED:

1.   Within one calendar (1) day of this Order, defendants shall produce to plaintiff the discovery sought by plaintiff in the Motion and defendants and nonparty shall appear for the requested depositions as

reasonably noticed by plaintiff or as otherwise agreed upon by counsel for the parties; and

    2.    Plaintiff's preliminary injunction motion shall be filed on or before _____, 2010. Defendants' opposition shall be filed on or before _____, 2010. Plaintiff's reply, if any, shall be filed on or before _____, 2010. A hearing on plaintiff's preliminary injunction motion shall be held no later than October 8, 2010, at such time as the Court may direct.

    IT IS SO ORDERED.

This \_\_ day of October, 2010

                                     _____
                                     Judge J. Owen Forrester,
                                     United States District Court