# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| AJAY KAJARIA, Individually and On Behalf of All Others Similarly Situated,  )<br>)<br>*Plaintiff*,  )<br>v.  )<br>)<br>HOWARD S. COHEN, RICHARD S. )<br>GRANT, GEORGE R. JUDD,  )<br>CHARLES H. McELREA, RICHARD )<br>B. MARCHESE, STEVEN F. MAYER, )<br>ALAN H. SCHUMACHER, MARK )<br>A. SUWYN, ROBERT G. WARDEN, )<br>M. RICHARD WARNER, BLUELINX )<br>HOLDINGS INC., CERBERUS ABP )<br>INVESTOR LLC and CERBERUS )<br>CAPITAL MANAGEMENT, L.P.,  )<br>)<br>*Defendants*.  ) | Civil Action Case<br>No. 1:10-cv-3141-JOF |

## NOTICE OF APPEARANCE OF JOHN G. DESPRIET

**COMES NOW** the law firm Womble Carlyle Sandridge & Rice, PLLC, and John. G. Despriet, who enters his appearance on behalf of Defendants Cerberus ABP Investor LLC and Cerberus Capital Management LP.

Respectfully submitted this 4th day of October, 2010.

                        WOMBLE CARLYLE SANDRIDGE & RICE
                        *A Professional Limited Liability Company*

                        */s/ John G. Despriet*

John G. Despriet
Georgia Bar Number 219437
James E. Connelly
Georgia Bar Number 181808
271 17th Street, NW, Suite 2400
Atlanta, Georgia 30363-1017

*Counsel for Cerberus ABP Investor LLC and Cerberus Capital Management LP*

# CERTIFICATE OF SERVICE

I certify that a copy of the within and foregoing **NOTICE OF APPEARANCE OF JOHN G. DESPRIET** has been served via CMF/ECF to the following counsel of record:

>Corey D. Holzer
>Michael I. Fistel, Jr.
>Marshall P. Dees
>William W. Stone
>>HOLZER HOLZER & FISTEL, LLC
>
>David H. Leventhal
>>FARUQI & FARUQI, LLP
>
>Counsel for Plaintiff

Other known counsel for parties have also been served with the foregoing notice of appearance.

>Todd R. David
>>ALSTON & BIRD LLP
>>Counsel for Defendants Bluelinx Holdings, Inc., Cohen, Judd, McElrea, Mayer, Suwyn, Warden, and Warner
>
>Michael J. McConnell
>>JONES DAY
>>Counsel for Grant, Marchese, and Schumacher

This 4th day of October, 2010.

>>*/s/ John G. Despriet*
>>John G. Despriet

WCSR 4469040v1