# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| AJAY KAJARIA, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br>v.<br><br>HOWARD S. COHEN, RICHARD S. GRANT, GEORGE R. JUDD, CHARLES H. McELREA, RICHARD B. MARCHESE, STEVEN F. MAYER, ALAN H. SCHUMACHER, MARK A. SUWYN, ROBERT G. WARDEN, M. RICHARD WARNER, BLUELINX HOLDINGS INC., CERBERUS ABP INVESTOR LLC, and CERBERUS CAPITAL MANAGEMENT, L.P.,<br><br>    Defendants. | Case No. 1:10-cv-03141-JOF |

## NOTICE OF APPEARANCE

Please take notice that Lisa R. Bugni hereby enters her appearance as counsel of record for Defendants BlueLinx Holdings Inc., Howard S. Cohen, George R. Judd, Mark A. Suwyn, Richard Warner, Robert G. Warden, Charles H. McElrea, and Steven F. Mayer in the above-styled action. All future documents and communications directed to these Defendants as parties to this action should be sent to:

        Lisa R. Bugni
        Alston & Bird LLP
        1201 West Peachtree Street
        Atlanta, Georgia  30309-3424
        Phone:  (404) 881-4959
        Fax:  (404) 253-8359
        E-mail: lisa.bugni@alston.com

This 4th day of October, 2010.

        /s/ Lisa R. Bugni
        Todd R. David
        Georgia Bar No. 206526
        Jessica P. Corley
        Georgia Bar No. 572733
        Lisa R. Bugni
        Georgia Bar No. 143077
        ALSTON & BIRD LLP
        One Atlantic Center
        1201 West Peachtree Street
        Atlanta, GA  30309-3424
        Tel:  (404) 881-7000
        Fax:  (404) 881-7777

        *Counsel for BlueLinx Holdings Inc., Howard S. Cohen, George R. Judd, Steven F. Mayer, Charles H. McElrea, Mark A. Suwyn, Robert G. Warden, and Richard Warner*

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2010, I electronically filed the Notice of Appearance with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

Corey D. Holzer
Michael I. Fistel, Jr.
Marshall P. Dees
William W. Stone
HOLZER HOLZER & FISTEL LLC
200 Ashford Center North
Suite 300
Atlanta, GA 30338

David H. Leventhal
FARUQI & FARUQI, LLP
369 Lexington Avenue
10th Floor
New York, NY 10017

This 4th day of October, 2010.

/s/ Lisa R. Bugni
Lisa R. Bugni
Georgia Bar No. 143077