# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| AJAY KAJARIA, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br>v.<br><br>HOWARD S. COHEN, RICHARD S. GRANT, GEORGE R. JUDD, CHARLES H. McELREA, RICHARD B. MARCHESE, STEVEN F. MAYER, ALAN H. SCHUMACHER, MARK A. SUWYN, ROBERT D. WARDEN, M. RICHARD WARNER, BLUELINX HOLDINGS INC., CERBERUS ABP INVESTOR LLC, and CERBERUS CAPITAL MANAGEMENT, L.P.,<br><br>    Defendants. | CIVIL ACTION CASE<br><br>NO. 1:10-cv-3141-JOF |

## NOTICE OF APPEARANCE OF MICHAEL J. McCONNELL

Pursuant to Local Civil Rule 83.1, Michael J. McConnell, of the law firm Jones Day, respectfully files this Notice of Appearance on behalf of Defendants Richard S. Grant, Richard B. Marchese, and Alan H. Schumacher in the above-styled action.

[signature appears on next page]

ATI-2441934v1

Dated: October 5, 2010

JONES DAY

/s/ Michael J. McConnell
Michael J. McConnell
Georgia Bar No. 485003
JONES DAY
1420 Peachtree St. N.E.
Suite 800
Atlanta, Georgia 30309
(404) 521-3939/Telephone
(404) 581-8330/Facsimile

Attorney for Defendants Richard S. Grant,
Richard B. Marchese, and Alan H.
Schumacher

## **CERTIFICATE OF SERVICE**

This is to certify that I have this 5th day of October, 2010, served a true and correct copy of the within and foregoing upon the following counsel of record by electronic means, via notice of electronic filing automatically generated by the CM/ECF system:

| | |
|---|---|
| Corey D. Holzer<br>Michael I. Fistel, Jr.<br>Marshall P. Dees<br>HOLZER HOLZER & FISTEL LLC<br>200 Ashford Center North<br>Suite 300<br>Atlanta, Georgia 30338 | David H. Leventhal<br>369 Lexington Ave.<br>10th Floor<br>New York City, New York 10017 |
| Todd R. David<br>Jessica P. Corley<br>Lisa R. Bugni<br>ALSTON & BIRD LLP<br>One Atlantic Center<br>1201 West Peachtree Street<br>Atlanta, Georgia 30309-3424 | John G. Despriet<br>James E. Connelly<br>WOMBLE CARLYLE SANDRIDGE & RICE<br>271 17th Street, NW, Suite 2400<br>Atlanta, Georgia 30363-1017 |

/s/ Michael J. McConnell
Michael J. McConnell

ATI-2441934v1