# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| AJAY KAJARIA, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION CASE |
| HOWARD S. COHEN, RICHARD S. GRANT, GEORGE R. JUDD, CHARLES H. McELREA, RICHARD B. MARCHESE, STEVEN F. MAYER, ALAN H. SCHUMACHER, MARK A. SUWYN, ROBERT D. WARDEN, M. RICHARD WARNER, BLUELINX HOLDINGS INC., CERBERUS ABP INVESTOR LLC, and CERBERUS CAPITAL MANAGEMENT, L.P., | ) ) ) ) ) ) ) ) ) ) ) ) ) | NO. 1:10-cv-3141-JOF |
| Defendants. | ) ) | |

---

## NOTICE OF APPEARANCE OF WALTER W. DAVIS

Pursuant to Local Civil Rule 83.1, Walter W. Davis, of the law firm Jones Day, respectfully files this Notice of Appearance on behalf of Defendants Richard S. Grant, Richard B. Marchese, and Alan H. Schumacher in the above-styled action.

**[signature appears on next page]**

Dated:  October 5, 2010

JONES DAY


/s/ Walter W. Davis
Walter W. Davis
Georgia Bar No. 213083
JONES DAY
1420 Peachtree St. N.E.
Suite 800
Atlanta, Georgia 30309
(404) 521-3939/Telephone
(404) 581-8330/Facsimile

Attorney for Defendants Richard S. Grant,
Richard B. Marchese, and Alan H.
Schumacher

ATI-2442026v1

## CERTIFICATE OF SERVICE

This is to certify that I have this 5th day of October, 2010, served a true and

correct copy of the within and foregoing upon the following counsel of record by

electronic means, via notice of electronic filing automatically generated by the

CM/ECF system:

Corey D. Holzer
Michael I. Fistel, Jr.
Marshall P. Dees
HOLZER HOLZER & FISTEL
LLC
200 Ashford Center North
Suite 300
Atlanta, Georgia 30338

David H. Leventhal
369 Lexington Ave.
10th Floor
New York City, New York
10017

Todd R. David
Jessica P. Corley
Lisa R. Bugni
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424

John G. Despriet
James E. Connelly
WOMBLE CARLYLE
SANDRIDGE & RICE
271  17th Street, NW, Suite
2400
Atlanta, Georgia 30363-1017

/s/ Walter W. Davis
Walter W. Davis

ATI-2442026v1