# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:10-cv-03141-JOF
## Kajaria v. Cohen et al
## Honorable J. Owen Forrester

Minute Sheet for proceedings held by telephone on 10/5/2010.

TIME COURT COMMENCED: 10:30 A.M.
TIME COURT CONCLUDED: 11:20 A.M.
TIME IN COURT: 00:50

COURT REPORTER: David Ritchie
DEPUTY CLERK: Pat Healy

ATTORNEY(S) PRESENT:
Lisa Bugni representing Bluelinx Holdings Inc.
Lisa Bugni representing Charles H. McElrea
Lisa Bugni representing George R. Judd
Lisa Bugni representing Howard S. Cohen
Lisa Bugni representing M. Richard Warner
Lisa Bugni representing Mark A. Suwyn
Lisa Bugni representing Robert G. Warden
Lisa Bugni representing Steven F. Mayer
Jessica Corley representing Bluelinx Holdings Inc.
Jessica Corley representing Charles H. McElrea
Jessica Corley representing George R. Judd
Jessica Corley representing Howard S. Cohen
Jessica Corley representing M. Richard Warner
Jessica Corley representing Mark A. Suwyn
Jessica Corley representing Robert G. Warden
Jessica Corley representing Steven F. Mayer
John Despriet representing Cerberus ABP Investor LLC
John Despriet representing Cerberus Capital Management, L.P.
Michael McConnell representing Alan H. Schumacher
Michael McConnell representing Richard B. Marchese
Michael McConnell representing Richard S. Grant
** David Leventhal, Juan E. Monteverde and Marshall Dees for plaintiff Kajaria

PROCEEDING CATEGORY: Motion Hearing(Motion Hearing Non-evidentiary);

MINUTE TEXT: Court considered argument on Plaintiff's motion for expedited discovery. Docket Entry No. 3. The court DENIES Plaintiff's motion [3] on the condition that Defendants file an amendment to Schedule 14D-9 (originally filed on September 27, 2010) which shows that Schedule 13E-3 is available.