UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| AJAY KAJARIA, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HOWARD S. COHEN, RICHARD S. GRANT, GEORGE R. JUDD, CHARLES H. McELREA, RICHARD B. MARCHESE, STEVEN F. MAYER, ALAN H. SCHUMACHER, MARK A. SUWYN, ROBERT G. WARDEN, M. RICHARD WARNER, BLUELINX HOLDINGS INC., CERBERUS ABP INVESTOR LLC and CERBERUS CAPITAL MANAGEMENT, L.P.,<br><br>Defendants. | Case No. 1:10-cv-03141-JOF |

## ACKNOWLEDGEMENT OF SERVICE

Defendants RICHARD S. GRANT, RICHARD B. MARCHESE and ALAN H. SCHUMACHER, by and through their undersigned counsel, hereby acknowledge service of the Summons and Complaint in the above-styled matter effective October 5, 2010. All defenses that would otherwise be available as to service of process and as to sufficiency of service of process are hereby waived, all other defenses to the Complaint being reserved.

Respectfully submitted, this 14th day of October, 2010 by:

        **JONES DAY**

        /s/ Walter W. Davis
        Michael J. McConnell, Esq.
          (Ga. Bar No. 485003)
        Walter W. Davis, Esq.
          (Ga. Bar No. 213083)
        1420 Peachtree Street, N.E., Suite 800
        Atlanta, Georgia 30309-3053
        Telephone:  404.521.3939
        Facsimile:   404.581.8330

        Counsel for Defendants Richard S. Grant, Richard B. Marchese and Alan H. Schumacher

## **CERTIFICATE OF SERVICE AND TYPE**

Pursuant to Local Rule 7.1D, the undersigned counsel for Plaintiff hereby certifies that the forgoing has been prepared with a font size and point selection (Times New Roman, 14 pt.) which was approved by the Court, and that on this 14th day of October, 2010, the forgoing was electronically filed with the Clerk of Court using the CM/ECF system.

/s/ Walter W. Davis
Counsel for Defendants Richard S.
Grant, Richard B. Marchese and
Alan H. Schumacher