## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| AJAY KAJARIA, Individually and On Behalf of All Others Similarly Situated, )<br><br>*Plaintiff,*<br><br>v.<br><br>HOWARD S. COHEN, RICHARD S. GRANT, GEORGE R. JUDD, CHARLES H. McELREA, RICHARD B. MARCHESE, STEVEN F. MAYER, ALAN H. SCHUMACHER, MARK A. SUWYN, ROBERT G. WARDEN, M. RICHARD WARNER, BLUELINX HOLDINGS INC., CERBERUS ABP INVESTOR LLC and CERBERUS CAPITAL MANAGEMENT, L.P.,<br><br>*Defendants.* | Civil Action Case No. 1:10-cv-03141-JOF |

## STIPULATION AND [PROPOSED] ORDER

**WHEREAS** on August 2, 2010, Cerberus ABP Investor, LLC ("Cerberus") commenced a tender offer (the "Tender Offer") to acquire all outstanding common stock of BlueLinx Holdings, Inc. ("BlueLinx");

**WHEREAS** on September 30, 2010, Ajay Kajaria ("Plaintiff") filed a complaint in the above-captioned action seeking, among other things, to enjoin the Tender Offer and expedite the proceedings herein;

**WHEREAS** on October 5, 2010, the Court denied Plaintiff's Motion to Expedite

Proceedings (Docket 13) with certain conditions which have been satisfied;

**WHEREAS** on October 6, 2010, BlueLinx filed a Schedule 14D-9/A providing shareholders with the information ordered by the Court;

**WHEREAS** the Tender Offer expired at midnight, New York City time, on October 18, 2010, without acceptance of the tendered shares;

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel, that due to the expiration of the Tender Offer without acceptance of the tendered shares, the substantive claims in the Amended Complaint as to all named defendants are moot;

**IT IS FURTHER STIPULATED AND AGREED** that defendants need not answer, move or otherwise respond to the Amended Complaint, but this Court may hear applications for attorneys' fees and costs, if any, made by Plaintiff.  Defendants do not believe that Plaintiffs are entitled to any fees.  Should Plaintiffs nonetheless elect to file an application for fees, Defendants reserve the right to oppose or otherwise respond to any such fee applications submitted by Plaintiffs in connection with this action.

A facsimile or electronic copy of this Stipulation may be filed with the Court and accepted as the original.

Respectfully Submitted,

**JONES DAY**                                    **ALSTON & BIRD**

By: _____          By: _Jessica Corley_____
  Michael McConnell, Esq.                    (with permission)
  Walter W. Davis, Esq.                      Todd R. David, Esq.
  1420 Peachtree Street, NE, Ste. 800         Jessica P. Corley, Esq.
  Atlanta, Georgia  30309                     Lisa R. Bugni, Esq.
                One Atlantic Center
*Attorneys for Richard S. Grant,*                1201 West Peachtree Street
*Richard B. Marchese, and Alan H.*              Atlanta, Georgia  30309-3424
*Schumacher*

                *Attorneys for BlueLinx Holdings, Inc.,*
                *Howard S. Cohen, George R. Judd, Steven F.*
                *Mayer, Charles H. McElrea, Mark A. Suwyn,*
                *Robert G. Warden, and Richard Warner*

**HOLZER HOLZER & FISTEL, LLC**          **FARUQI & FARUQI, LLP**

By: _____          By: _____
  Corey D. Holzer, Esq.                       David H. Leventhal, Esq.
  Michael I. Fistel, Jr., Esq.                369 Lexington Avenue, 10th Floor
  Marshall P. Dees, Esq.                      New York, New York  10017
  William W. Stone, Esq.
  200 Ashford Center North, Ste. 300          *Of Counsel for Plaintiff Ajay Kajaria*
  Atlanta, Georgia  30338

*Attorneys for Plaintff Ajay Kajaria*

SO ORDERED this ___ day of November, 2010:

_____
J. Owen Forrester
United States District Judge

Respectfully Submitted,

**JONES DAY**

By:_____

    Michael McConnell, Esq.
    Walter W. Davis, Esq.
    1420 Peachtree Street, NE, Ste. 800
    Atlanta, Georgia  30309

    *Attorneys for Richard S. Grant,*
    *Richard B. Marchese, and Alan H.*
    *Schumacher*


**HOLZER HOLZER & FISTEL, LLC**

By: *Michael I. Fistel*  by (MIL)
    Corey D. Holzer, Esq.
    Michael I. Fistel, Jr., Esq.
    Marshall P. Dees, Esq.
    William W. Stone, Esq.
    200 Ashford Center North, Ste. 300
    Atlanta, Georgia  30338

    *Attorneys for Plaintff Ajay Kajaria*


**ALSTON & BIRD**

By:_____

    Todd R. David, Esq.
    Jessica P. Corley, Esq.
    Lisa R. Bugni, Esq.
    One Atlantic Center
    1201 West Peachtree Street
    Atlanta, Georgia  30309-3424

    *Attorneys for BlueLinx Holdings, Inc.,*
    *Howard S. Cohen, George R. Judd, Steven F.*
    *Mayer, Charles H. McElrea, Mark A. Suwyn,*
    *Robert G. Warden, and Richard Warner*


**FARUQI & FARUQI, LLP**

By:_____

    David H. Leventhal, Esq.
    369 Lexington Avenue, 10th Floor
    New York, New York  10017

    *Of Counsel for Plaintiff Ajay Kajaria*


SO ORDERED this ___ day of November, 2010:


_____

J. Owen Forrester
United States District Judge