UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AJAY KAJARIA, Individually and On Behalf of All Others Similarly Situated,<br><br>*Plaintiff,*<br>v.<br><br>HOWARD S. COHEN, RICHARD S. GRANT, GEORGE R. JUDD, CHARLES H. McELREA, RICHARD B. MARCHESE, STEVEN F. MAYER, ALAN H. SCHUMACHER, MARK A. SUWYN, ROBERT G. WARDEN, M. RICHARD WARNER, BLUELINX HOLDINGS INC., CERBERUS ABP INVESTOR LLC and CERBERUS CAPITAL MANAGEMENT, L.P.,<br><br>*Defendants.* | Civil Action Case<br>No. 1:10-cv-03141-JOF |

## STIPULATION AND [PROPOSED] ORDER

**WHEREAS** on August 2, 2010, Cerberus ABP Investor, LLC and Cerberus Capital Management, L.P. ( collectively "Cerberus") commenced a tender offer (the "Tender Offer") to acquire all outstanding common stock of BlueLinx Holdings, Inc. ("BlueLinx"); and

**WHEREAS** on September 30, 2010, Ajay Kajaria ("Plaintiff") filed a complaint in the above-captioned action seeking, among other things, to enjoin the Tender Offer and expedite the proceedings herein; and

**WHEREAS** the Tender Offer expired at midnight, New York City time, on October 18,

2010, without acceptance of the tendered shares;

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel, that due to the expiration of the Tender Offer without acceptance of the tendered shares, the substantive claims in the Amended Complaint as to Cerberus are moot;

**IT IS FURTHER STIPULATED AND AGREED** that Cerberus need not answer, move or otherwise respond to the Amended Complaint, but this Court may hear applications for attorneys' fees and costs, if any, made by Plaintiff. Should Plaintiffs nonetheless elect to file an application for fees, Cerberus reserves the right to oppose or otherwise respond to any such fee applications submitted by Plaintiffs in connection with this action.

A facsimile or electronic copy of this Stipulation may be filed with the Court and accepted as the original.

Dated:   Atlanta, Georgia
         November 24, 2010

WOMBLE CARLYLE SANDRIDGE & RICE, PLLC

By: _____
John G. Despriet, Esq.
James E. Connelly, Esq.
271 17th Street, NW, Suite 2400
Atlanta, Georgia  30363-1017
***Attorneys for Defendant Cerberus ABP Investor, LLC***

HOLZER HOLZER & FISTEL, LLC

By *[signature]* (w/permission JGD)

Corey D. Holzer, Esq.
Michael I. Fistel, Jr., Esq.
Marshall P. Dees, Esq.
William W. Stone, Esq.
200 Ashford Center North, Ste. 300
Atlanta, Georgia 30338
*Attorneys for Plaintiff Ajay Kajaria*

FARUQI & FARUQI, LLP

By: *[signature]*

David H. Leventhal, Esq.
369 Lexington Avenue, 10th Floor
New York, New York 10017
*Of Counsel for Plaintiff Ajay Kajaria*

SO ORDERED:

_____

J. Owen Forrester
Senior United States District Judge

Stipulations and Order approved and presented by:

John G. Despriet, Esq.
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
271 17th Street, NW, Suite 2400
Atlanta, Georgia 30363-1017
(404) 888-7470
JDespriet@wcsr.com

WCSR 4491892v1