FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

DEC 2 1 2010

JAMES N. HATTEN, Clerk
By: _____
      _____ Deputy Clerk

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| AJAY KAJARIA, Individually and On Behalf of All Others Similarly Situated, ) ) ) *Plaintiff,* ) v. ) ) HOWARD S. COHEN, RICHARD S. GRANT, GEORGE R. JUDD, CHARLES H. McELREA, RICHARD B. MARCHESE, STEVEN F. MAYER, ALAN H. SCHUMACHER, MARK A. SUWYN, ROBERT G. WARDEN, M. RICHARD WARNER, BLUELINX HOLDINGS INC., CERBERUS ABP INVESTOR LLC and CERBERUS CAPITAL MANAGEMENT, L.P., ) ) ) ) ) ) ) ) ) ) ) ) ) *Defendants.* ) | Civil Action Case No. 1:10-cv-03141-JOF |

## STIPULATION AND [PROPOSED] ORDER

**WHEREAS** on August 2, 2010, Cerberus ABP Investor, LLC and Cerberus Capital

Management, L.P. ( collectively "Cerberus") commenced a tender offer (the "Tender Offer") to

acquire all outstanding common stock of BlueLinx Holdings, Inc. ("BlueLinx"); and

**WHEREAS** on September 30, 2010, Ajay Kajaria ("Plaintiff") filed a complaint in the

above-captioned action seeking, among other things, to enjoin the Tender Offer and expedite the

proceedings herein; and

**WHEREAS** the Tender Offer expired at midnight, New York City time, on October 18,

2010, without acceptance of the tendered shares;

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned

counsel, that due to the expiration of the Tender Offer without acceptance of the tendered shares,

the substantive claims in the Amended Complaint as to Cerberus are moot;

**IT IS FURTHER STIPULATED AND AGREED** that Cerberus need not answer,

move or otherwise respond to the Amended Complaint, but this Court may hear applications for

attorneys' fees and costs, if any, made by Plaintiff. Should Plaintiffs nonetheless elect to file an

application for fees, Cerberus reserves the right to oppose or otherwise respond to any such fee

applications submitted by Plaintiffs in connection with this action.

A facsimile or electronic copy of this Stipulation may be filed with the Court and

accepted as the original.

Dated:        Atlanta, Georgia
              November **24**, 2010

WOMBLE CARLYLE SANDRIDGE & RICE, PLLC

By:    _____

       John G. Despriet, Esq.
       James E. Connelly, Esq.
       271 17th Street, NW, Suite 2400
       Atlanta, Georgia 30363-1017
       *Attorneys for Defendant Cerberus ABP*
       *Investor, LLC*

HOLZER HOLZER & FISTEL, LLC

By _Michael Fistel_

Corey D. Holzer, Esq.   (w/permission
Michael I. Fistel, Jr., Esq.      JGD)
Marshall P. Dees, Esq.
William W. Stone, Esq.
200 Ashford Center North, Ste. 300
Atlanta, Georgia 30338
*Attorneys for Plaintff Ajay Kajaria*

FARUQI & FARUQI, LLP

By:

David H. Leventhal, Esq.
369 Lexington Avenue, 10th Floor
New York, New York 10017
*Of Counsel for Plaintiff Ajay Kajaria*

SO ORDERED:

J. Owen Forrester
Senior United States District Judge

Stipulations and Order approved and presented by:

John G. Despriet, Esq.
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
271 17th Street, NW, Suite 2400
Atlanta, Georgia 30363-1017
(404) 888-7470
JDespriet@wcsr.com

WCSR 4491892v1