# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| AJAY KAJARIA, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HOWARD S. COHEN, RICHARD S. GRANT, GEORGE R. JUDD, CHARLES H. McELREA, RICHARD B. MARCHESE, STEVEN F. MAYER, ALAN H. SCHUMACHER, MARK A. SUWYN, ROBERT G. WARDEN, M. RICHARD WARNER, BLUELINX HOLDINGS INC., CERBERUS ABP INVESTOR LLC and CERBERUS CAPITAL MANAGEMENT, L.P.,<br><br>Defendants. | Case No. 1:10-cv-03141-JOF |

## [PROPOSED] ORDER

WHEREAS, this Action was brought as a stockholder class action by plaintiff Ajay Kararia ("Plaintiff") on behalf of the holders of BlueLinx Holdings Inc. ("BlueLinx" or the "Company") common stock against the Company, its Board of Directors ("Board"), and others arising out of alleged breaches of fiduciary duties and disclosure violations in connection with the sale of BlueLinx

to Cerberus ABP Investor LLC ("CAI") by means of a tender offer (the "Tender Offer").

WHEREAS, on September 30, 2010, Plaintiff filed his complaint alleging, among other things, that the Board members had breached their fiduciary duties to BlueLinx shareholders by agreeing to sell the Company at an unfair price on unfair terms and issuing a Schedule 14D-9 Recommendation Statement (the "Amended Recommendation Statement") with the Securities and Exchange Commission ("SEC") on September 27, 2010 that omitted material information BlueLinx was required to disclose to its shareholders in order for them to make a fully-informed decision whether to accept, or reject, the consideration offered in the Tender Offer.

WHEREAS, on October 1, 2010, Plaintiff filed a Motion to Expedite Proceedings, seeking the commencement of discovery on an expedited basis and the setting of a schedule for briefing of a preliminary injunction motion.

WHEREAS, on October 5, 2010, this Court held a hearing on Plaintiff's Motion to Expedited Proceedings and denied the motion on the condition that BlueLinx amend its Amended Recommendation Statement to notify shareholders regarding the existence and location of written materials prepared by BlueLinx's financial advisor in connection with the Tender Offer.

WHEREAS, on October 6, 2010, BlueLinx filed an Amendment No. 3 to the Amended Recommendation Statement providing shareholders with the information ordered by the Court and thus conferring a substantial benefit to BlueLinx shareholders.

WHERAS, on October 18, 2010 the Tender Offer failed and expired with an insufficient number of BlueLinx shareholders tendering their shares preventing the consummation the Proposed Transaction.

NOW, upon Plaintiff's Motion for an Award of Attorneys' Fees and Expenses for Benefit Conferred and Motion for Dismissal of Action as Moot (the "Motion"), and after review and consideration of the Motion and the exhibits in support thereof, including attorney time and expense reports, firm resumes for Plaintiff's counsel, and all prior pleadings, argument and proceedings, and after due deliberation:

1. Counsel for Plaintiff are awarded attorneys' fees (inclusive of all expenses and disbursements) in the amount of $_____, which sum the Court finds to be reasonable and appropriate pursuant to the substantial benefit rule, and that Defendants and/or their insurer shall cause such amounts to be paid to Faruqi & Faruqi, LLP, within thirty days of the entry of this Order.

2.     The Action is dismissed as moot.

       IT IS SO ORDERED.

Dated this ___ day of _____, 2011

                                   _____
                                   HONORBLE J. OWEN FORRESTER, U.S.D.J.
PRESENTED BY:

HOLZER HOLZER & FISTEL, LLC
Corey D. Holzer
Georgia Bar Number: 364698
Michael I. Fistel, Jr.
Georgia Bar Number: 262062
Marshall P. Dees
Georgia Bar Number: 105776
William W. Stone
Georgia Bar Number: 273907
200 Ashford Center North, Suite 300
Atlanta, Georgia 30338
Telephone:  770-392-0090
Facsimile:   770-392-0029

-and-

FARUQI & FARUQI, LLP
David H. Leventhal*
369 Lexington Avenue, 10th Floor
New York, New York 10017
Tel: 212-983-9330
Fax: 212-983-9331
Email: dleventhal@faruqilaw.com

Attorneys for Plaintiff

*admitted *pro hac vice*