**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| AJAY KAJARIA, Individually and On Behalf of All Others Similarly Situated,  )<br>)<br>*Plaintiff*,  )<br>)<br>v.  )<br>)<br>HOWARD S. COHEN, RICHARD S. )<br>GRANT, GEORGE R. JUDD,  )<br>CHARLES H. McELREA, RICHARD )<br>B. MARCHESE, STEVEN F. MAYER, )<br>ALAN H. SCHUMACHER, MARK )<br>A. SUWYN, ROBERT G. WARDEN, )<br>M. RICHARD WARNER, BLUELINX )<br>HOLDINGS INC., CERBERUS ABP )<br>INVESTOR LLC and CERBERUS )<br>CAPITAL MANAGEMENT, L.P.,  )<br>)<br>  *Defendants*.  ) | Civil Action Case<br>No. 1:10-cv-03141-JOF |

## RESPONSE OF CERBERUS ABP INVESTOR, LLC AND CERBERUS CAPITAL MANAGEMENT, L.P. IN OPPOSITION TO PLAINTIFF'S MOTION FOR ATTORNEYS' FEES

Cerberus ABP Investor, LLC and Cerberus Capital Management, L.P. (collectively "Cerberus") oppose the granting on any fees to counsel for the Plaintiff in this action and joins in "Defendant BlueLinx Holdings Inc.'s Memorandum of Law in Opposition to Plaintiff's Motion for Attorneys' Fees." Additionally, Cerberus notes that no relief is being sought against it, and under no circumstances would any fee

award against Cerberus be appropriate.

Respectfully submitted this 30th day of June, 2011.

>WOMBLE CARLYLE SANDRIDGE & RICE
>*A Professional Limited Liability Company*
>
>*/s/ John G. Despriet*
>John G. Despriet
>Georgia Bar Number 219437
>James E. Connelly
>Georgia Bar Number 181808
>271 17th Street, NW, Suite 2400
>Atlanta, Georgia 30363-1017
>
>***Counsel for Cerberus ABP Investor LLC and Cerberus Capital Management LP***

## CERTIFICATE OF SERVICE

I certify that a copy of the within and foregoing **RESPONSE OF CERBERUS ABP INVESTOR, LLC AND CERBERUS CAPITAL MANAGEMENT, L.P. IN OPPOSITION TO PLAINTIFF'S MOTION FOR ATTORNEYS' FEES** has been served via CMF/ECF to the following counsel of record:

>Corey D. Holzer
>Michael I. Fistel, Jr.
>Marshall P. Dees
>William W. Stone
>>HOLZER HOLZER & FISTEL, LLC
>
>David H. Leventhal
>>FARUQI & FARUQI, LLP
>>*Counsel for Plaintiff*
>
>Todd R. David
>Jessica P. Corley
>>ALSTON & BIRD LLP
>>*Counsel for Defendants Bluelinx Holdings, Inc., Cohen, Judd, McElrea, Mayer, Suwyn, Warden, and Warner*
>
>Michael J. McConnell
>Walter W. Davis
>>JONES DAY
>>*Counsel for Grant, Marchese, and Schumacher*

This 30th day of June, 2011.

*/s/ John G. Despriet*
John G. Despriet